UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOSEPH MUSUMECI,                                       Docket No. 07 CV 7535

                    Plaintiff,           RULE 7.1 STATEMENT

-against-                                              (Jury Trial Demanded)

MTD PRODUCTS INC., MTD PRODUCTS LTD.,
MTD HOLDINGS INC., MTD LLC, and
THE HOME DEPOT, INC.

                    Defendants.

----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant MTD Products, Inc s/h/a MTD Products LTD., MTD Holdings Inc., MTD LLC ("MTD") (a private non-governmental party) certifies that it does not have a parent company.

MTD Consumer Group, Inc. is the parent corporation of Shiloh Industries, Inc. owning 60% of the publicly traded stock of Shiloh Industries, Inc.

Dated:     New York, New York
             October 4, 2007

LYNCH ROWIN LLP

By: _____
Patrick J. Comerford (PC6747)
Attorneys for MTD
630 Third Avenue
New York, New York 10017
(212)-682-4001

TO:    LARKIN AXELROD INGRASSIA & TETENBAUM LLP
        Attorneys for Plaintiff, Joseph Musumeci
        356 Meadow Avenue
        Newburgh, New York 12550