UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JOSEPH MUSUMECI,                                    Docket No. 07 CV 7535

                                    Plaintiff,       ANSWER

        -against-                                    (Jury Trial Demanded)

MTD PRODUCTS INC., MTD PRODUCTS LTD.,
MTD HOLDINGS INC., MTD LLC, and
THE HOME DEPOT, INC.

                            Defendants.

------------------------------------------------------------------------x

        Defendants, MTD Products, Inc s/h/a MTD Products LTD., MTD Holdings Inc., MTD

LLC ("MTD"), by its attorneys, Lynch Rowin LLP, as and for its answer to plaintiff's

Complaint, states as follows:

## JURISDICTION AND VENUE

        1.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 1.

        2.      Denies the allegations in paragraph 2, except admits that MTD is a Delaware

corporation, with a principal place of business in Ohio.

        3.      Denies the allegations in paragraph 3, except admits that MTD Products Limited

is a Canadian corporation, with a principal place of business in Canada.

        4.      Denies the allegations in paragraph 4, except admits that MTD Holdings, Inc. is

an Ohio corporation, with a principal place of business in Ohio.

        5.      Denies the allegations in paragraph 5, except admits that MTD LLC is an Ohio

corporation, with a principal place of business in Ohio.

        6.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 6.

        7.      Denies the allegations in paragraph 7.

        8.      Denies the allegations in paragraph 8.

## FIRST CLAIM FOR RELIEF

9.      Denies the allegations in paragraph 9, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

10.      Denies the allegations in paragraph 10.

11.      Denies the allegations in paragraph 11.

12.      Denies the allegations in paragraph 12.

13.      Denies the allegations in paragraph 13.

14.      Denies the allegations in paragraph 14, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

15.      Denies the allegations in paragraph 15.

16.      Denies the allegations in paragraph 16, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

17.      Denies the allegations in paragraph 17.

18.      Denies the allegations in paragraph 18.

19.      Denies the allegations in paragraph 19.

20.      Denies the allegations in paragraph 20.

21.      Denies the allegations in paragraph 21, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

22.      Denies the allegations in paragraph 22.

23.      Denies the allegations in paragraph 23, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

24.      Denies the allegations in paragraph 24.

25.      Denies the allegations in paragraph 25.

26.      Denies the allegations in paragraph 26.

27.      Denies the allegations in paragraph 27.

28.      Denies the allegations in paragraph 28, except admits that MTD manufactures,

among other things, snow throwers for retail sale and is authorized to do business in New York.

29.    Denies the allegations in paragraph 29.

30.    Denies the allegations in paragraph 30, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

31.    Denies the allegations in paragraph 31.

32.    Denies the allegations in paragraph 32.

33.    Denies the allegations in paragraph 33.

34.    Denies the allegations in paragraph 34.

35.    Denies the allegations in paragraph 35, except admits that MTD manufactures, among other things, snow throwers for retail sale and is authorized to do business in New York.

36.    Denies the allegations in paragraph 36.

37.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37, except admits that MTD manufactures, among other things, snow throwers.

38.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38, except admits that MTD manufactures, among other things, snow throwers.

39.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39, except admits that MTD manufactures, among other things, snow throwers.

40.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40, except admits that MTD manufactures, among other things, snow throwers.

41.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41, except admits that MTD manufactures, among other things, snow throwers.

42.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42, except admits that MTD manufactures, among other things, snow throwers.

43.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43, except admits that MTD manufactures, among other things, snow throwers.

44.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44, except admits that MTD manufactures, among other things, snow throwers.

45.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45, except admits that MTD manufactures, among other things, snow throwers.

46.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46, except admits that MTD manufactures, among other things, snow throwers.

47.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47, except admits that MTD manufactures, among other things, snow throwers.

48.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48, except admits that MTD manufactures, among other things, snow throwers.

49.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49, except admits that MTD manufactures, among other things, snow throwers.

50.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50, except admits that MTD manufactures, among other things, snow

4

throwers.

     51.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51, except admits that MTD manufactures, among other things, snow throwers.

     52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52, except admits that MTD manufactures, among other things, snow throwers.

     53.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53, except admits that MTD manufactures, among other things, snow throwers.

     54.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54, except admits that MTD manufactures, among other things, snow throwers.

     55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55, except admits that MTD manufactures, among other things, snow throwers.

     56.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56, except admits that MTD manufactures, among other things, snow throwers.

     57.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57, except admits that MTD manufactures, among other things, snow throwers.

     58.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58, except admits that MTD manufactures, among other things, snow throwers.

59.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59, except admits that MTD manufactures, among other things, snow throwers.

60.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60, except admits that MTD manufactures, among other things, snow throwers.

61.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61, except admits that MTD manufactures, among other things, snow throwers.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62, except admits that MTD manufactures, among other things, snow throwers.

63.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63, except admits that MTD manufactures, among other things, snow throwers.

64.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64, except admits that MTD manufactures, among other things, snow throwers.

65.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65, except admits that MTD manufactures, among other things, snow throwers.

66.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66, except admits that MTD manufactures, among other things, snow throwers.

67.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67, except admits that MTD manufactures, among other things, snow

throwers.

68.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68, except admits that MTD manufactures, among other things, snow throwers.

69.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69, except admits that MTD manufactures, among other things, snow throwers.

70.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70, except admits that MTD manufactures, among other things, snow throwers.

71.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71, except admits that MTD manufactures, among other things, snow throwers.

72.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72, except admits that MTD manufactures, among other things, snow throwers.

73.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73, except admits that MTD manufactures, among other things, snow throwers.

74.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74, except admits that MTD manufactures, among other things, snow throwers.

75.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75, except admits that MTD manufactures, among other things, snow throwers.

76.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76, except admits that MTD manufactures, among other things, snow throwers.

77.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77, except admits that MTD manufactures, among other things, snow throwers.

78.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78, except admits that MTD manufactures, among other things, snow throwers.

79.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79, except admits that MTD manufactures, among other things, snow throwers.

80.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80, except admits that MTD manufactures, among other things, snow throwers.

81.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81, except admits that MTD manufactures, among other things, snow throwers.

82.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82, except admits that MTD manufactures, among other things, snow throwers.

83.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83, except admits that MTD manufactures, among other things, snow throwers.

84.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84, except admits that MTD manufactures, among other things, snow

throwers.

85.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85, except admits that MTD manufactures, among other things, snow throwers.

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86, except admits that MTD manufactures, among other things, snow throwers.

87.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87, except admits that MTD manufactures, among other things, snow throwers.

88.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88, except admits that MTD manufactures, among other things, snow throwers.

89.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89, except admits that MTD manufactures, among other things, snow throwers.

90.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90, except admits that MTD manufactures, among other things, snow throwers.

91.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91, except admits that MTD manufactures, among other things, snow throwers.

92.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92, except admits that MTD manufactures, among other things, snow throwers.

93.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93, except admits that MTD manufactures, among other things, snow throwers.

94.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94, except admits that MTD manufactures, among other things, snow throwers.

95.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95, except admits that MTD manufactures, among other things, snow throwers.

96.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96, except admits that MTD manufactures, among other things, snow throwers.

97.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97, except admits that MTD manufactures, among other things, snow throwers.

98.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98, except admits that MTD manufactures, among other things, snow throwers.

99.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99, except admits that MTD manufactures, among other things, snow throwers.

100.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100, except admits that MTD manufactures, among other things, snow throwers.

101.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101, except admits that MTD manufactures, among other things, snow

throwers.

102.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102, except admits that MTD manufactures, among other things, snow throwers.

103.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103, except admits that MTD manufactures, among other things, snow throwers.

104.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104.

105.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105.

106.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106.

107.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107.

108.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108.

109.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109.

110.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110.

111.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111.

112.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112.

113.    Denies the allegations in paragraph 113.

114.  Denies the allegations in paragraph 114.

115.  Denies the allegations in paragraph 115.

116.  Denies the allegations in paragraph 116.

117.  Denies the allegations in paragraph 117.

118.  Denies the allegations in paragraph 118.

119.  Denies the allegations in paragraph 119.

120.  Denies the allegations in paragraph 120.

121.  Denies the allegations in paragraph 121.

122.  Denies the allegations in paragraph 122.

123.  Denies the allegations in paragraph 123.

124.  Denies the allegations in paragraph 124.

125.  Denies the allegations in paragraph 125.

126.  Denies the allegations in paragraph 126.

127.  Denies the allegations in paragraph 127.

128.  Denies the allegations in paragraph 128.

129.  Denies the allegations in paragraph 129.

130.  Denies the allegations in paragraph 130.

131.  Denies the allegations in paragraph 131.

132.  Denies the allegations in paragraph 132.

133.  Denies the allegations in paragraph 133.

134.  Denies the allegations in paragraph 134.

135.  Denies the allegations in paragraph 135.

136.  Denies the allegations in paragraph 136.

137.  Denies the allegations in paragraph 137.

138.  Denies the allegations in paragraph 138.

139.  Denies the allegations in paragraph 139.

140.    Denies the allegations in paragraph 140.

141.    Denies the allegations in paragraph 141.

142.    Denies the allegations in paragraph 142.

143.    Denies the allegations in paragraph 143.

144.    Denies the allegations in paragraph 144.

145.    Denies the allegations in paragraph 145.

146.    Denies the allegations in paragraph 146.

147.    Denies the allegations in paragraph 147.

148.    Denies the allegations in paragraph 148.

149.    Denies the allegations in paragraph 149.

150.    Denies the allegations in paragraph 150.

151.    Denies the allegations in paragraph 151.

152.    Denies the allegations in paragraph 152.

153.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153.

154.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154.

155.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155.

156.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156.

157.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157.

158.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158.

159.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159.

160.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160.

161.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161.

162.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162.

163.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163.

164.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164.

165.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165.

166.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166.

167.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167.

168.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168.

169.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169.

170.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170.

171.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171.

172.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172.

173.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173.

174.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174.

175.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175.

176.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176.

177.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177.

178.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178.

179.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179.

180.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180.

181.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181.

182.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182.

183.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183.

184.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184.

185.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185.

186.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186.

187.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187.

188.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188.

189.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189.

190.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190.

191.    Denies the allegations in paragraph 191, except admits that the United States Consumer Product Safety Commission did issue a voluntary recall of a snow thrower in cooperation with MTD.

192.    Denies the allegations in paragraph 192, except admits that the United States Consumer Product Safety Commission did issue a voluntary recall of a snow thrower in cooperation with MTD.

193.    Denies the allegations in paragraph 193, except admits that the United States Consumer Product Safety Commission did issue a voluntary recall of a snow thrower in cooperation with MTD.

194.    Denies the allegations in paragraph 194.

195.    Denies the allegations in paragraph 195.

196.    Denies the allegations in paragraph 196.

197.    Denies the allegations in paragraph 197.

198.    Denies the allegations in paragraph 198.

199.    Denies the allegations in paragraph 199.

200.    Denies the allegations in paragraph 200.

201.    Denies the allegations in paragraph 201.

202.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 202.

203.    Denies the allegations in paragraph 203.

204.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204.

205.    Denies the allegations in paragraph 205.

206.    Denies the allegations in paragraph 206.

207.    Denies the allegations in paragraph 207.

208.    Denies the allegations in paragraph 208.

209.    Denies the allegations in paragraph 209.

210.    Denies the allegations in paragraph 210.

211.    Denies the allegations in paragraph 211.

212.    Denies the allegations in paragraph 212.

213.    Denies the allegations in paragraph 213.

214.    Denies the allegations in paragraph 214.

215.    Denies the allegations in paragraph 215.

216.    Denies the allegations in paragraph 216.

## SECOND CLAIM FOR RELIEF

217.    Paragraphs 1 through 216 are re-alleged.

218.    Denies the allegations in paragraph 218.

219.    Denies the allegations in paragraph 219.

220.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 220.

221.    Denies the allegations in paragraph 221.

222.    Denies the allegations in paragraph 222.

223.    Denies the allegations in paragraph 223.

224.    Denies the allegations in paragraph 224.

225.    Denies the allegations in paragraph 225.

**THIRD CLAIM FOR RELIEF**

226.    Paragraphs 1 through 225 are re-alleged.

227.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 227.

228.    Denies the allegations in paragraph 228.

229.    Denies the allegations in paragraph 229.

230.    Denies the allegations in paragraph 230.

231.    Denies the allegations in paragraph 231.

232.    Denies the allegations in paragraph 232.

233.    Denies the allegations in paragraph 233.

234.    Denies the allegations in paragraph 234.

235.    Denies the allegations in paragraph 235.

236.    Denies the allegations in paragraph 236.

FIRST AFFIRMATIVE DEFENSE

237.    The verified complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

238.    The amount of any damages otherwise recoverable by plaintiff should be diminished in the proportion which the culpable conduct attributable to plaintiff bears to the culpable conduct which caused the damages.

18

<u>THIRD AFFIRMATIVE DEFENSE</u>

239.    The injuries, losses or damages alleged to have been suffered by plaintiff were caused or contributed to by the comparative fault, negligence and lack of care of the plaintiff or other individuals for whose conduct MTD is not responsible.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

240.    The injuries, losses or damages alleged to have been suffered by plaintiff were caused or contributed to by the fault, negligence and lack of care of persons and/or individuals whom plaintiff has not named as parties to this action and who, in accordance with the provisions of Article 16 of the New York State Civil Practice Law and Rules, are necessary parties who plaintiff should have named.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

241.    The injuries, losses or damages alleged to have been suffered by plaintiff were the result of plaintiff's assumption of the risk of such injuries, losses or damages.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

242.    Plaintiff's causes of action are barred in whole or in part by the applicable statutes of limitations.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

243.    Plaintiff's claims are barred in whole or diminished in part in an amount fairly allocable to any party with which plaintiff has settled or may settle.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

244.    The limitations on joint and several liability set forth in New York State CPLR Article 16 are applicable to this action.

<u>NINTH AFFIRMATIVE DEFENSE</u>

245.    In the event that some or all of the plaintiff's alleged economic losses were or will be replaced or indemnified from collateral sources, any award for economic loss should be reduced thereby.

WHEREFORE, Defendants demand judgment (a) dismissing the complaint, (b) awarding MTD costs and disbursements of this action, including attorneys fees, and (c) granting MTD such other relief as is just and proper.

Dated:     New York, New York
           October 4, 2007

                              LYNCH ROWIN LLP

                              By:_____

                                Patrick J. Comerford (PC 6747)
                              Attorneys for MTD
                              630 Third Avenue
                              New York, New York  10017
                              (212)-682-4001

TO:    LARKIN AXELROD INGRASSIA & TETENBAUM LLP
       Attorneys for Plaintiff, Joseph Musumeci
       356 Meadow Avenue
       Newburgh, New York 12550