UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JOSEPH MUSUMECI,                                         Docket No. 07 CV 7535

                                      Plaintiff,

                                                                  AFFIDAVIT OF SERVICE

    -against-

MTD PRODUCTS INC., MTD PRODUCTS LTD.,
MTD HOLDINGS INC., MTD LLC, and
THE HOME DEPOT, INC.

                                      Defendants.

------------------------------------------------------------------------x

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF NEW YORK   )

      The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

      On October 4, 2007 in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[ x ]  By Regular Mail

<u>DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):</u>

      Answer and Rule 7.1 Statement

<u>ATTORNEYS/PARTIES SERVED:</u>

TO:    LARKIN AXELROD INGRASSIA & TETENBAUM LLP
        Attorneys for Plaintiff, Joseph Musumeci
        356 Meadow Avenue
        Newburgh, New York 12550

Sworn to before me on the
4th day of October, 2007.

_____               _____
Notary Public                                                   Meryl Weiner

PATRICK J. COMERFORD
Notary Public, State of New York
No. 02CO5076476
Qualified in New York County
Commission Expires April 21, 2011