UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JOSEPH MUSUMECI,                          Civil Action No.:  07 CIV 7535

            Plaintiff,

    -against-                            **RULE 7.1 STATEMENT**

MTD PRODUCTS, INC., MTD PRODUCTS,
LTD., MTD HOLDINGS, INC., MTD LLC and
HOME DEPOT U.S.A., INC.,

            Defendants.

-------------------------------------------------------------- x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrates of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for defendant Home Depot U.S.A., Inc. (a

private non-governmental party) certifies that the following are corporate parents, affiliates

and/or subsidiaries of said party, which are publicly held.

    1.    The Home Depot, Inc;

    2.    Maintenance Warehouse/America Corp.;

    3.    Apex Supply Company, Inc.;

    4.    Home Depot International, Inc.;

    5.    National Blinds & Wallpaper, Inc.;

    6.    Georgia Lighting, Inc.;

    7.    Habitat Stores, Inc.;

    8.    Maintenance Warehouse International, Inc.;

    9.    Brown Jet Center, Inc.;

10. Home Depot (U.K.) Ltd.;

11. Homerlease Co., Inc.;

12. THD Bermuda, Inc.;

13. Home Depot Incentives, Inc.;

14. H.D.V.I. Holding Company, Inc.;

15. Home Depot Plumbing Services, LLC;

16. Home Depot Your Other Warehouse, LLC;

17. Newco, LLC;

18. Home Depot NRO Holdings Inc.;

19. Home Depot PR Holdings, Inc.;

20. Home Depot of Canada, Inc.;

21. Home Depot Puerto Rico, Inc.;

22. Home Depot Realty U.L.C.;

23. HD Canada Realty LP;

24. Home Depot Holdings Inc.;

25. Home Depot Nova Scotia Investments (S) U.L.C.;

26. Home Depot Realty Nova Scotia Ltd. Ptrshp;

27. Home Depot Scotia Investments (B1) U.L.C.;

28. Home Depot Scotia Investments (B2) U.L.C.;

29. 3589196 Canada Limited;

30. 3038165 Canada Limited;

31. 3038173 Canada Limited;

32. 3807908 Canada Limited;

33.    3807196 Canada Limited;

34.    1207438 Ontario Limited;

35.    1344493 Canada Limited;

36.    HD Holdings Mexico, S.A.;

37.    Home Depot U.S.A., Inc.;

38.    Solutiones Para Las Casas de Mexico S. de R.I. de C.V.;

39.    Total Home S.A. de C.V.;

40.    Servicio Superior, S.A. de C.V.;

41.    HD USA Mexico Holding Company, Inc.;

42.    Productos HD, S.A. de C.V.;

43.    The Home Depot S.O.C., Inc.;

44.    Thusa, Inc. (domestic);

45.    Home Depot de Mexico, S.A. de C.V.;

46.    Homer TLC, Inc,;

47.    The Home Depot Special Services, Inc.;

48.    True Blue Ventures, Inc.;

49.    True Blue Country Lakes, L.P.;

50.    HD Development Holdings, Inc.;

51.    HD Development of Maryland, Inc.; and

52.    HD Development Properties, Inc.

Dated: New York, New York
        October 18 , 2007

Yours, etc.,

By: _____

Attorneys for Defendant
HOME DEPOT U.S.A., INC.