UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JOSEPH MUSUMECI,

                              Plaintiff,

-against-

MTD PRODUCTS INC., MTD PRODUCTS LTD.,
MTD HOLDINGS INC., MTD LLC, and
THE HOME DEPOT, INC.

                              Defendants.
-------------------------------------------------------------x

Docket No. 07 CV 7535

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

    The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

    On October 18, 2007 in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[x] By Regular Mail

DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):

    Answer and Rule 7.1 Statement

ATTORNEYS/PARTIES SERVED:

TO:    LARKIN AXELROD INGRASSIA & TETENBAUM LLP
        Attorneys for Plaintiff, Joseph Musumeci
        356 Meadow Avenue
        Newburgh, New York 12550

Sworn to before me on the
18th day of October, 2007.

_____
Notary Public

PATRICK J. COMERFORD
Notary Public, State of New York
No. 02CO5076476
Qualified in New York County
Commission Expires April 21, 2011

_____
Meryl Weiner