AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOSEPH MUSUMECI

V.

MTD PRODUCTS INC., MTD PRODUCTS LTD.,
MTD HOLDINGS INC., MTD LLC and HOME
DEPOT U.S.A. INC.,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 7535**
**JUDGE KARAS**

TO: (Name and address of defendant)

MTD PRODUCTS INC.-Reg. Agent: Terry R. Hollister, Esq., 5903 Grafton Road, Valley City, Ohio 44280 and
        Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801
MTD PROUDCTS LTD - 97 Kent Avenue, Kitchener, Ontario N2G 3R2
MTD HOLDINGS, INC. - Agent: David J. Hessler, Esq. 6055 Rockside Woods Blvd., #200, Cleveland, Ohio 44131
MTD LLC.- Reg. Agent: Terry R. Hollister, Esq., 5903 Grafton Road, Valley City, Ohio 44280
HOME DEPOT U.S.A., INC., - Reg. Agent: New York Secretary of State, 41 State Street, Albany, New York 12231

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LARKIN, AXELROD, INGRASSIA & TETENBAUM, LLP.**
356 Meadow Avenue
Newburgh, New York 12550

an answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]

DATE  AUG 2 4 2007

(BY) DEPUTY CLERK [signature]

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK | Index No. | 07 CIV. 7535 |
| | | Calendar No. |
| JOSEPH MUSUMECI | Plaintiff(s) Petitioner(s) | |
| against | | 1~ AFFIDAVIT |
| | | OF |
| MTD PRODUCTS INC. | Defendant)s) Respondent(s) | SERVICE |

STATE OF DELAWARE, COUNTY OF: NEW CASTLE                Ss.:
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 9/4/07 at 10:45 AM .M., at C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE deponent served the within
- ☒ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation

on MTD PRODUCTS INC.                ☒ defendant    ☐ witness    hereinafter called therein
                                    ☐ -espondent                the recipient    lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to SCOTT LASCALA personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to                a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to        at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at        and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☐
| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** $        the authorizing traveling expenses    ☐ was paid (tendered) to the recipient
                          and one days' witness fee:              ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 9/4/07

[Notary Seal: OFFICIAL SEAL KEVIN DUNN NOTARY PUBLIC - DELAWARE NEW CASTLE COUNTY My Commission Expires November 23, 2010]

License No.
BARRY EVELAND

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7535                                        Date Filed: 8/24/2007

Plaintiff:
**Joseph Musumeci**

vs.

Defendants:
**MTD Products Inc., et al.**

For:
LARKIN, AXELROD, INGRASSIA & TETENBAUM
356 Meadow Avenue
Newburgh, NY 12550

Received these papers on the 6th day of September, 2007 at 11:23 am to be served on **Terry Hollister, Esq., Registered Agent on behalf of MTD Products Inc., 5903 Grafton Road, Valley City, OH 44280**.

I, George Veselnik, being duly sworn, depose and say that on the **13th day of September, 2007** at **10:45 am**, I:

**Personally Served** the within named person, **Terry Hollister, Esq., Registered Agent on behalf of MTD Products Inc.** with a true copy of the **Summons in a Civil Case and Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Caucasian,  Height: 6'1",  Weight: 180,  Hair: Gray,  Glasses: N

I am over the age of 18 and have no interest in the above action.

George Veselnik
Process Server        George H. Veselnik

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH L. DUCKWORTH
Notary Public
In and for the State of Ohio
My Commission Expires
April 16, 2011

Our Job Serial Number: 2007002831
Ref: 26927

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 09/13/07 |
| NAME OF SERVER (PRINT) GEORGE H. VESELENK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 5903 GRAFTON Rd
      VALLEY CITY OHIO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/13/07        [Signature]
             Date              Signature of Server

ProVest LLC
644 Linn Street, Suite 700
Cincinnati, OH 45203

Subscribed and Sworn to before me on the 13th day of Sept., 2007 by the affiant who is personally known to me.

[Signature] Deborah L. Duckworth
NOTARY PUBLIC

[Notarial Seal - State of Ohio]

DEBORAH L. DUCKWORTH
Notary Public
In and for the State of Ohio
My Commission Expires
April 16, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

## Court Services Inc.

5 Paula Court, Cornwall on Hudson, NY, 12520, (845) 534-4236 , Fax (845) 534-4295 Cell (914) 755-6088

**DEADLINE: September 11, 2007**

Received: 8/28/2007

**Job #: 26928**

Recipient:
**MTD Products, LTD.**
**97 Kent Avneue, Kitchener, ON N2G 3R2**

Documents: Summons In A Civil Action & Complaint

8/29/2007 ebck
8/29/2007 Borg is charging $120.00

**DILIGENCE**

Date: SEP 05 2007  Time: 3:05 am / (pm)  Server: **Borg Process Servers Inc**  Witness Fee: _____ Ck# _____

Served At: (Above) New Addr _____

Served On: _____ SEP 05 2007 Ed Henderson _____ Title/Relationship: _____

Sex: male   Race: white   Hair: brown   Age: 50   Height: 5'7"   Weight: 135   Military: yes / (no)
Addl. Desc: _____

Our Client: Larkin, Axelrod, Ingrassia, & Tetenbaum, L.L.P.
Client File No: 13081 PPS
356 Meadow Avenue, Newburgh, NY 12550
Bs number: 845-566-5345
Fax Number: 845-566-5148
Occupation: Attorney

Court: United States District Court Southern District of New York

Plaintiff: Joseph Musumeci

Defendant: MTD Products Inc. et al.

I ACKNOWLEDGE RECEIPT OF THE LEGAL DOCUMENTS LISTED ABOVE AND CONFIRM THAT THE NAMED PARTY IS NOT CURRENTLY IN ACTIVE MILITARY SERVICE. I FURTHER STATE I AM AUTHORIZED TO ACCEPT ALL LEGAL PROCESS ON BEHALF OF THE INTENDED RECIPIENT

Rec'd By X _____

Amount Recd : _____  Check # _____  Service Fee: _____  Commission(s) : $0.00

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | SEP 0 5 2007 |
| NAME OF SERVER (PRINT) RICHARD HOEG | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 97 Kent Avenue Kitchener, Ontario, Canada N2G 3R2

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ed Henderson Vice-president - Finance

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   SEP 1 2 2007
                Date

Signature of Server

365 Evans Ave #604 Toronto, Ontario Canada
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7535                                                    Date Filed: 8/24/2007

Plaintiff:
**Joseph Musumeci**

vs.

Defendants:
**MTD Products Inc., et al.**

For:
LARKIN, AXELROD, INGRASSIA & TETENBAUM
356 Meadow Avenue
Newburgh, NY  12550

Received these papers on the 6th day of September, 2007 at 11:23 am to be served on **David Hessler, Esq., Registered Agent on behalf of MTD Holdings, Inc., 6055 Rockside Woods Blvd., Suite 200, Cleveland, OH 44131**.

I, Daniel Schuller, being duly sworn, depose and say that on the **7th day of September, 2007** at **11:00 am**, I:

**Personally Served** the within named person, **David Hessler, Esq., Registered Agent on behalf of MTD Holdings, Inc.** with a true copy of the **Summons in a Civil Case and Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Description** of Person Served:  Age: 65,  Sex: M,  Race/Skin Color: Caucasian,  Height: 6'0",  Weight: 200,  Hair: Gray,  Glasses: Y

I am over the age of 18 and have no interest in the above action.

_____
Daniel Schuller
Process Server

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TAMARA L. INGLERIGHT, Notary Public
In and for the State of Ohio
My Commission Expires March 20, 2012

Our Job Serial Number: 2007002830
Ref: 26927

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

AO 440 (Rev. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Sept. 7, 2007 |
| NAME OF SERVER (PRINT) Daniel Schuller | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 6055 Rockside Woods Blvd. Suite 200, Cleveland, Ohio 44131

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 7, 2007
Date

Signature of Server
DANIEL SCHULLER

ProVost LLC
Address of Server
644 Linn Street, Suite 700
Cincinnati, OH 45203

Subscribed and Sworn to before me on the 7th day of September, 2007 by the affiant who is personally known to me.

Deborah L. Duckworth
NOTARY PUBLIC

DEBORAH L. DUCKWORTH
Notary Public
In and for the State of Ohio
My Commission Expires
April 16, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7535                                          Date Filed: 8/24/2007

Plaintiff:
**Joseph Musumeci**

vs.

Defendants:
**MTD Products Inc., et al.**

For:
LARKIN, AXELROD, INGRASSIA & TETENBAUM
356 Meadow Avenue
Newburgh, NY 12550

Received these papers on the 6th day of September, 2007 at 11:23 am to be served on **Terry Hollister, Esq., Registered Agent on behalf of MTD LLC., 5903 Grafton Road, Valley City, OH 44280**.

I, George Veselnik, being duly sworn, depose and say that on the **13th day of September, 2007** at **10:45 am**, I:

**Personally Served** the within named person, **Terry Hollister, Esq., Registered Agent on behalf of MTD LLC.** with a true copy of the **Summons in a Civil Case and Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 6'1", Weight: 180, Hair: Gray, Glasses: N

I am over the age of 18 and have no interest in the above action.

George Veselnik
Process Server        George H. Veselnik

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH L. DUCKWORTH
Notary Public
In and for the State of Ohio
My Commission Expires
April 16, 2011

Our Job Serial Number: 2007002832
Ref: 26927

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

• AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/13/07 |
| NAME OF SERVER *(PRINT)* George H. Veselenik | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5903 Grafton Rd Valley City, Ohio

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/13/07    *[signature]*
            Date            Signature of Server

ProVest LLC
644 Linn Street, Suite 700
Cincinnati, OH 45203

Subscribed and Sworn to before me on the 13th day of Sept, 2007 by the affiant who is personally known to me.

*[signature]*
NOTARY PUBLIC

DEBORAH L. DUCKWORTH
Notary Public
In and for the State of Ohio
My Commission Expires
April 16, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

|  | United States District Court<br>Southern District of New York |  | **Attorney:**<br>LAI & T |
|---|---|---|---|

Joseph Musumeci,                                                                 ~~Petitioner(s)~~ **Plaintiff(s)**

– against –

MTD Products, Inc., MTD Products LTD., MTD Holdings, Inc.,      **Defendant(s)**
MTD, L.L.C. and Home Depot U.S.A., Inc.,                                  ~~Respondent(s)~~

**Index No.** 07 CIV 7535

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK: COUNTY OF** ___Orange___ : ss:

I, ___Edward A. Cole, Sr.___, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on ___September 4,___ ___2007___ at ___4:10___ P.M., at ___41 State Street, Albany, NY___
deponent served the within:
- ☐ summons  ☐ with notice
- ☒ summons and complaint
- ☐ notice of petition and petition
- ☐ subpoena  ☐ subpoena duces tecum
- ☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
- ☐ citation

on: ___Home Depot, U.S.A., Inc.___   ☒ defendant  ☐ respondent  ☐ witness (hereinafter called the recipient) therein named.
through The Secretary Of State

**INDIVIDUAL A ☐**  By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

**CORPORATION B ☒**  By delivering to and leaving with ___Amy Lesch___ at ___41 State Street,___ ___Albany___, NY, and that he knew the person so served to be the ___Designated Agent___
~~of the corporation.~~

**SUITABLE AGE PERSON C ☐**  Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____, NY, the said premises being the defendants—respondents (dwelling place) (usual place of abode) (actual place of business) within the State of New York.

**AFFIXING TO DOOR, ETC. D ☐**  By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (actual place of business) within the State of New York.
Deponent had previously attempted to serve the above named defendant/respondent
1. Day  Date  Time  m    2. Day  Date  Time  m    3. Day  Date  Time  m

Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**MAILING TO RESIDENCE** Use with C or D **E1 ☐**  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last know residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State on _____ 2007

**MAILING TO BUSINESS** Use with C or D **E2 ☐**  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant to defendant's actual place of business, at _____ In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____ 2007

**F ☐**  DEPONENT STATES THAT THE INDEX # & FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

**VOID WITHOUT DESCRIPTION** Use with A, B, C & D

| ☒ Description | ☐ Male<br>☒ Female | ☒ White Skin<br>☐ Black Skin<br>☐ Yellow Skin<br>☐ Brown Skin<br>☐ Red Skin | ☐ Black Hair<br>☒ Brown Hair<br>☐ Blonde Hair<br>☐ Gray Hair<br>☐ Red Hair | ☐ White Hair<br>☐ Balding<br>☐ Mustache<br>☐ Beard<br>☒ Glasses | ☐ 14-20 Yrs.<br>☒ 21-35 Yrs.<br>☐ 36-50 Yrs.<br>☐ 51-65 Yrs.<br>☐ Over 65 Yrs. | ☐ Under 5'<br>☐ 5'0"-5'3"<br>☒ 5'4"-5'8"<br>☐ 5'9"-6'0"<br>☐ Over 6' | ☐ Under 100 Lbs.<br>☐ 100-130 Lbs.<br>☐ 131-160 Lbs.<br>☒ 161-200 Lbs.<br>☐ Over 200 Lbs. |

A $ 40.00 processing fee was paid (check # 56682) to The Secretary of State with service being made pursuant to Section BCL 306. Two copies of the above referenced matter were served.

**MILITARY SERVICE XX**  I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Sworn to before me this ___12___ day of ___September___ 2007

_Cheryl Kessler_
(Notary Public)

Cheryl Kessler
New York State Notary Public
Dutchess County #01KE6110007
Commission Expires 5/24/20___

_[signature]_
PLEASE PRINT NAME BELOW SIGNATURE

Edward A. Cole, Sr.
Court Services, Inc.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.